Sean P. Flynn (SBN 220184)
sflynn@gordonrees.com
Nathaniel J. Tarvin (SBN 251094)
ntarvin@gordonrees.com
**GORDON & REES LLP**
2211 Michelson Dr., Suite 400
Irvine, CA 92612
Telephone:   (949) 255-6950
Facsimile:    (949) 474-2060

Attorneys for Defendant,
Receivables Performance Management, LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clifford J. Bourgeois | Case No:  14cv0394-JLS(DHB) |
| Plaintiff, | **DEFENDANT RECEIVABLES PERFORMANCE MANAGEMENT, LLC'S NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| Receivables Performance Management, LLC; Howard George, CEO Receivables Performance Management, LLC; Michelle Doe #1;  Sahib Doe #2; Does 3-100, inclusive | |
| Defendants. | |

TO ALL INTERESTED PARTIES, please take notice that Sean P. Flynn and Nathaniel Tarvin of Gordon & Rees LLP hereby appear as counsel of record for Defendant Receivables Performance Management, LLC ("Defendant").  All parties are requested to serve all documents on both Mr. Flynn and Mr. Tarvin at the address below:

Sean P. Flynn
Nathaniel J. Tarvin
Gordon & Rees LLP
2211 Michelson Dr., Suite 400
Irvine, CA 92612
Tel: (949) 255-6950
Fax: (949) 474-2060

RECEIVABLES PERFORMANCE MANAGEMENT, LLC'S NOTICE OF APPEARANCE OF COUNSEL

Mr. Flynn's Email: sflynn@gordonrees.com
Mr. Tarvin's Email: ntarvin@gordonrees.com

Dated: May 5, 2014

**GORDON & REES LLP**

By:     */s/ Nathaniel J. Tarvin*
Sean P. Flynn
Nathaniel J. Tarvin
Attorneys for Defendant
Receivables Performance Management, LLC

RECEIVABLES PERFORMANCE MANAGEMENT, LLC'S NOTICE OF APPEARANCE OF COUNSEL

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 2211 Michelson Drive Suite 400, Irvine, CA 92612. On May 5, 2014, I served the within documents:

DEFENDANT RECEIVABLES PERFORMANCE MANAGEMENT, LLC'S ANSWER AND DEMAND FOR JURY TRIAL; DEFENDANT RECEIVABLE PERFORMANCE MANAGEMENT, LLC'S NOTIC EOF APPEARANCE OF COUNSEL; DEFENDANT RECEIVABLES PERFORMANCE MANAGEMENT, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Irvine, addressed as set forth below.

    Clifford J. Bourgeois
    6460 Convoy Ct., Spc 220
    San Diego, CA 92117

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

Executed on May 5, 2014 at Irvine, California.

*Pamela S. Garthe*
Pamela S. Garthe