UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD J. BOURGEOIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 14cv394-JLS (DHB)<br><br>**BRIEFING ORDER RE DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT THE EARLY NEUTRAL EVALUATION CONFERENCE** |

　　Currently there is an Early Neutral Evaluation Conference scheduled in this matter for July 3, 2014 at 10:00 a.m. On June 13, 2014, Defendant filed an Ex Parte Application requesting to excuse the personal appearance of Defendant's representative because Defendant's representative would be required to travel from Washington for the conference. (ECF No. 15.) Plaintiff has not indicated whether he opposes Defendant's request.

　　Accordingly, IT IS HEREBY ORDERED that if Plaintiff wishes to oppose Defendant's Ex Parte Application, Plaintiff shall file an opposition no later than **June 23, 2014**. No reply shall be filed.

　　IT IS SO ORDERED.

DATED: June 16, 2014

　　　　　　　　　　　　　　　　　　　　　　　　DAVID H. BARTICK
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge