# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD J. BOURGEOIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC, et al.,<br><br>　　　　Defendants. | Case No. 14cv394-JLS (DHB)<br><br>**ORDER DENYING DEFENDANT'S EX PARTE REQUEST TO APPEAR TELEPHONICALLY AT THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF No. 15]** |

Currently there is an Early Neutral Evaluation Conference scheduled in this matter for July 3, 2014 at 10:00 a.m. On June 13, 2014, Defendant filed an Ex Parte Application requesting to excuse the personal appearance of Defendant's representative because Defendant's representative would be required to travel from Washington state for the conference. (ECF No. 15.) On June 23, 2014, Plaintiff filed an Opposition to the Ex Parte Application, indicating that he does not agree to waive the personal appearance of Defendant's representative. (ECF No. 17.) Having considered the parties submissions, the Court finds Defendant has failed to establish extraordinary circumstances to excuse Defendant's representative from personally appearing at the ENE. Accordingly, IT IS HEREBY ORDERED that Defendant's Ex Parte Application is DENIED.

　　IT IS SO ORDERED.

DATED: June 24, 2014

　　　　　　　　　　　　　　　　　　　　　　　　DAVID H. BARTICK
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge